JPB/jg

| | DOCKET NUMBER (Tran. Court) |
|---|---|
| PROB 22 (Rev 2/88) | 1:94CR00104-008 |
| **TRANSFER OF JURISDICTION** | CR 06 004 DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carlton Legall<br>109 E. 54th Street<br>Brooklyn, NY 11203 | WD/NY | Buffalo |
| | NAME OF SENTENCING JUDGE<br>John T. Elfvin | TRAGER<br>FROM<br>MATSUMOTO, M.J. |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE<br>05/26/05    05/25/10 | |

OFFENSE

Conspiracy to Import a Controlled Substance; in violation of Title 21, USC § 963 and §960(b)(1)(A).

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 0 4 2006 ★
BROOKLYN OFFICE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __ED/NY__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Buffalo, N.Y.
December 21, 2005
_____
DATE

s/John T. Elfvin
_____
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/25/06
_____
EFFECTIVE DATE

s/David G. Trager
_____
UNITED STATES DISTRICT JUDGE